IN THE COURT OF APPEALS OF TENNESSEE
AT KNOXVILLE
May 14, 2002 Session

## MICHAEL BENJAMIN COUILLARD v. MARTHA ANN COUILLARD

**Appeal from the Chancery Court for Carter County**
**No. 20181      Thomas J. Seeley, Jr., Judge, by Interchange**

---

**No. E2001-01770-COA-R3-CV     Filed July 3, 2002**

---

HOUSTON M. GODDARD, P.J., CONCURRING

      I concur in the opinion authored by Judge Swiney, but write separately to express my view that the appeal is more properly accepted under Rule 9 rather than Rule 10 of the Tennessee Rules of Civil Procedure.

_____
HOUSTON M. GODDARD, PRESIDING JUDGE